## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                               No. 4:06CR00140 JLH

REGINALD DAVID SMITH                                          DEFENDANT

### ORDER

On August 11, 2008, the Court convened for a hearing on the petition filed by Reginald David Smith for relief under 28 U.S.C. § 2255. Mr. Smith was in the courtroom and was accompanied by his lawyer, Patrick J. Benca. Mr. Benca announced that Mr. Smith had decided to withdraw his petition for relief. Mr. Smith informed the Court, under oath, that he wished to withdraw his petition. Therefore, the petition is dismissed without prejudice.

IT IS SO ORDERED this 11th day of August, 2008.

                                                                 _____
                                                                 J. LEON HOLMES
                                                                 UNITED STATES DISTRICT JUDGE