IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. No. 4:06CR00140 JLH | |
| REGINALD DAVID SMITH | DEFENDANT |

## JUDGMENT

Pursuant to the order entered separately today, the petition of Reginald David Smith for relief pursuant to 28 U.S.C. § 2255 is dismissed without prejudice.

IT IS SO ORDERED this 11th day of August, 2008.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE