**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA PLAINTIFF

v. NO. 4:06CR00140-01 JLH

REGINALD DAVID SMITH DEFENDANT

**ORDER**

Pending before the Court is the government's motion to dismiss the petition to revoke in this matter. Document #59. The motion is GRANTED, and the superseding motion to revoke is hereby dismissed. Document #53. The hearing previously scheduled for Friday, September 27, 2013, is cancelled.

IT IS SO ORDERED this 23rd day of September, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE