# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  4:06CR00140-1 JLH

REGINALD DAVID SMITH

## ORDER

On July 19, 2013, the Court entered an Order Setting Conditions of Release. (Docket entry #50). Defendant was placed on home detention, with electronic monitoring, pending a hearing on the Government's Motion to Revoke Defendant's supervised release.

On September 23, 2013, the Government withdrew its pending Motion, and United States District Judge J. Leon Holmes cancelled the September 27, 2013 Revocation Hearing. (Docket entries #58 and #59).

Because Defendant is no longer facing a revocation proceeding, he is released from the Court's July 19, 2013 Order Setting Conditions of Release. Defendant remains subject to the terms of his supervised release on his underlying sentence.

IT IS SO ORDERED this 25th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE